**MATERN LAW GROUP, PC**
MATTHEW J. MATERN (SBN 159798)
Email: mmatern@maternlawgroup.com
JOSHUA D. BOXER (SBN 226712)
Email: jboxer@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile:  (310) 531-1901

**MATERN LAW GROUP, PC**
SARA B. TOSDAL (SBN 280322)
Email: stosdal@maternlawgroup.com
1330 Broadway, Suite 436
Oakland, California 94612
Telephone: (310) 531-1900
Facsimile:  (310) 531-1901

Attorneys for Plaintiff,
EILEEN SANGSTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN SANGSTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; ARUBA NETWORKS, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 4:23-cv-05438-HSG<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT; ORDER**<br><br>Complaint Filed:  September 8, 2023<br>Removal Filed:   October 23, 2023<br>   Trial Date:          None set |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Eileen Sangster ("Plaintiff") and Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC ("Defendants") hereby submit this Joint Stipulation and [Proposed] Order to Extend the Briefing Schedule on Defendants' Motion to Dismiss and Motion for More Definite Statement.

## **RECITALS**

WHEREAS, on September 8, 2023, Plaintiff filed the operative Complaint in the above-captioned case in Santa Clara County Superior Court;

WHEREAS, on October 23, 2023, Defendants removed the above-captioned case to the United States District Court for the Northern District of California;

WHEREAS, on November 13, 2023, Defendants filed their Motion to Dismiss Complaint and for a More Definite Statement Pursuant to FRCP 12(b)(6) and 12(e) ("Defendants' Motion") (ECF No. 15);

WHEREAS, Defendants' Motion is set to be heard on February 1, 2024;

WHEREAS, pursuant to Local Rules 7-3(a) and (c), Plaintiff's opposition to Defendants' Motion is due on November 27, 2023, the Monday after the Thanksgiving weekend, and Defendants' reply is due on December 4, 2023;

WHEREAS, the Parties, by and through their counsel, have met and conferred about the briefing schedule on Defendants' Motion and have agreed to a brief extension for both sides due to the coming holidays;

WHEREAS, the Parties had previously stipulated to extend the time for Defendants to file a responsive pleading pursuant to Local Rule 6-1(a) (ECF No. 8);

WHEREAS, there have been no other time modifications in the case; and

WHEREAS, a brief extension on the briefing schedule on Defendants' Motion would have no effect on the schedule for the case because briefing will be completed well in advance of the February 1, 2024 hearing on Defendants' Motion and the January 23, 2024 Case Management Conference, and no other dates, events, or other deadlines have been already fixed by Court order at this time.

For the foregoing reasons, and in accordance with Local Rule 7-12, the Parties hereby

request that the Court, pursuant to the Parties' stipulation, extend the briefing schedule on Defendants' Motion to the following:

1. Plaintiff's opposition to Defendants' Motion is due on or by December 4, 2023 (from November 27, 2023); and

2. Defendants' reply in support of Defendants' Motion is due on or by December 18, 2023 (from December 4, 2023).

Dated: November 21, 2023                    Respectfully submitted,

                                        **MATERN LAW GROUP, PC**

By: _____
     Matthew J. Matern
     Joshua D. Boxer
     Sara B. Tosdal
     Attorneys for Plaintiff EILEEN SANGSTER

Dated: November 21, 2023                    JACKSON LEWIS P.C.

By:   /s/ Michael Y. Hseuh
     Neda N. Dal Cielo
     Michael Y. Hsueh
     Veena Bhatia
     Attorneys for Defendant
     HEWLETT PACKARD ENTERPRISE COMPANY and ARUBA NETWORKS, LLC

**Signature Attestation**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence of Michael Y. Hsueh, counsel for Defendants in the filing of this Stipulation.

                                        **MATERN LAW GROUP, PC**

By: _____
     Matthew J. Matern
     Joshua D. Boxer
     Sara B. Tosdal
     Attorneys for Plaintiff EILEEN SANGSTER

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Plaintiff's opposition to Defendants' Motion is due on or by December 4, 2023.
2. Defendants' reply in support of Defendants' Motion is due on or by December 18, 2023.

DATED: 11/22/2023

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE