1  Neda N. Dal Cielo (State Bar No. 161982)
   Michael Y. Hsueh (State Bar No. 286548)
2  Veena Bhatia (State Bar No. 339939)
   JACKSON LEWIS P.C.
3  160 W. Santa Clara Street, Suite 400
   San Jose, California 95113
4  Telephone: (408) 579-0404
   Facsimile: (408) 454-02901
5  Email:  Neda.Dalcielo@jacksonlewis.com
           Michael.Hsueh@jacksonlewis.com
6          Veena.Bhatia@jacksonlewis.com

7  Attorneys for Defendants
   HEWLETT PACKARD ENTERPRISE COMPANY
8  and ARUBA NETWORKS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN SANGSTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; ARUBA NETWORKS, LLC, a Delaware limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 4:23-cv-05438-HSG<br><br>**JOINT STIPULATION TO EXTEND TIME FOR THE PARTIES TO COMPLY WITH INITIAL DISCOVERY PROTOCOLS UNDER GENERAL ORDER NO. 71; ORDER**<br><br>Complaint Filed: September 8, 2023<br>Removal Date: October 23, 2023<br>Trial Date: Not Set |

Pursuant to Local Rule 6-2 and 7-12, Plaintiff EILEEN SANGSTER ("Plaintiff") and Defendants HEWLETT PACKARD ENTERPRISE COMPANY and ARUBA NETWORKS, LLC ("Defendants") (collectively, the "Parties") submit this Joint Stipulation and [Proposed] Order to Extend Time for the Parties to Comply with Initial Discovery Protocols Under General Order No. 71.

**RECITALS**

WHEREAS, on September 8, 2023, Plaintiff filed her Complaint in the above-captioned case in Santa Clara County Superior Court;

WHEREAS, on October 23, 2023, Defendants removed the above-captioned case to the United States District Court for the Northern District of California;

WHEREAS, on November 13, 2023, Defendants filed their Motion to Dismiss Complaint and for a More Definite Statement Pursuant to FRCP 12(b)(6) and 12(e) ("Defendants' Motion") (ECF No. 15);

WHEREAS, General Order No. 71 requires, among other things, that "[w]ithin 30 days following the defendant's submission of a responsive pleading or motion, the parties shall provide to one another the documents and information described in the Initial Discovery Protocols for the relevant time period";

WHEREAS, Parties' current deadline to exchange Initial Discovery is December 13, 2023;

WHEREAS, a significant portion of the information and documents required to be exchanged by the Parties under General Order No. 71 is framed by the "factual allegations or claims at issue in this lawsuit…" or is otherwise affected by the scope of Plaintiff's operative Complaint;

WHEREAS, Defendants' Motion is set to heard on February 1, 2024, and the scope of Plaintiff's operative Complaint is currently uncertain;

WHEREAS, the Parties believe that it will be a more productive and efficient use of the Parties' resources to comply with Initial Discovery Protocols under General Order No. 71 after the Court resolves Defendants' challenges to the Complaint;

WHEREAS, the Parties believe that exchanging Initial Discovery after challenges to the

1  Complaint are resolved will likely minimize disputes regarding the Parties' respective compliance
2  with Initial Discovery Protocols;

3  WHEREAS, the Parties have met and conferred regarding the timing of Initial Discovery
4  and have agreed that Initial Discovery should be exchanged thirty days after any Answer is filed
5  by Defendants;

6  WHEREAS, the Parties previously stipulated to extend the time for Defendants to file a
7  responsive pleading pursuant to Local Rule 6-1(a) and to extend the briefing schedule with respect
8  to Defendants' Motion (ECF Nos. 8 & 20);

9  WHEREAS, there have been no other time modifications in the case; and

10  WHEREAS, extending the time for the Parties to exchange Initial Discovery to thirty days
11  after any Answer is filed by Defendants will not affect any other deadlines currently affixed by
12  Court order, including the February 1, 2024 hearing date on Defendants' Motion and the January
13  23, 2024 Case Management Conference, and the Parties believe that the requested extension will
14  have a minimal impact on the general schedule for this case.

15  For the foregoing reasons, and in accordance with Local Rule 7-12, the Parties hereby
16  request that the Court, pursuant to the Parties' stipulation, extend the time for the Parties to comply
17  with Initial Discovery Protocols under General Order No. 71 as follows:

18  The Parties shall comply with Initial Discovery Protocols under General Order No. 71
19  within 30 days after any Answer is filed by Defendants.

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

| | | |
|---|---|---|
| 1 | Dated: December 1, 2023 | JACKSON LEWIS P.C. |
| 2 | | |
| 3 | | By: */s/Michael Hsueh*_____ |
| | | Neda N. Dal Cielo |
| 4 | | Michael Y. Hsueh |
| | | Veena Bhatia |
| 5 | | Attorneys for Defendant |
| | | HEWLETT PACKARD ENTERPRISE |
| 6 | | COMPANY and ARUBA NETWORKS, LLC |
| 7 | Dated: December 1, 2023 | MATERN LAW GROUP |
| 8 | | |
| 9 | | By: */s/Sara Tosdal*_____ |
| | | Matthew J Matern |
| 10 | | Joshua D. Boxer |
| | | Sara B. Tosdal |
| 11 | | Attorneys for Plaintiff |
| | | EILEEN SANGSTER |

### Signature Attestation

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Plaintiff's counsel.

| | | |
|---|---|---|
| Dated: December 1, 2023 | | JACKSON LEWIS P.C. |
| | | By: */s/Michael Hsueh*_____ |
| | | Neda N. Dal Cielo |
| | | Michael Y. Hsueh |
| | | Veena Bhatia |
| | | Attorneys for Defendant |
| | | HEWLETT PACKARD ENTERPRISE |
| | | COMPANY and ARUBA NETWORKS, LLC |

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Parties shall comply with Initial Discovery Protocols under General Order No. 71 within 30 days after any Answer is filed by Defendants.

DATED: _____12/4/2023_____

_____
HON. _____ JR.
UNITED STATES DISTRICT JUDGE

**DENIED**

/s/ Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.

4859-4582-5940, v. 1