UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN SANGSTER, | Case No. 23-cv-05438-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| HEWLETT PACKARD ENTERPRISE COMPANY, et al., | |
| Defendants. | |

A case management conference was held on July 30, 2024. Having considered the parties' proposals, *see* Dkt. No. 34, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | June 30, 2025 |
| Exchange of Opening Expert Reports | July 7, 2025 |
| Exchange of Rebuttal Expert Reports | July 28, 2025 |
| Close of Expert Discovery | August 29, 2025 |
| Dispositive Motion Hearing Deadline | October 9, 2025, at 2:00 p.m. |
| Pretrial Conference | January 6, 2026, at 3:00 p.m. |
| Jury Trial (7 days) | January 26, 2026, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good

cause.  The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 8/8/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge