1  **MATERN LAW GROUP, PC**
   MATTHEW J. MATERN (SBN 159798)
2  mmatern@maternlawgroup.com
   DEANNA S. LEIFER (SBN 265840)
3  dleifer@maternlawgroup.com
   ELLIE D. GORALNICK (SBN 326276)
4  egoralnick@maternlawgroup.com
   2101 E. El Segundo Blvd., Suite 403
5  El Segundo, CA 90245
   Tel: (310) 531-1900
6  Facsimile: (310) 531-1901

7  Attorneys for Plaintiff
   EILEEN SANGSTER
8

9                UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12 | EILEEN SANGSTER, an individual, | CASE NO. 4:23-cv-05438-HSG |

13 | Plaintiff, | **ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER STIPULATION TO MODIFY SCHEDULING ORDER TO CONTINUE FACT DISCOVERY DEADLINE AS TO THE DEPOSITION OF DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY PURSUANT TO FED. R. CIV. P. 30(b)(6)** |

14 | v. |

15 |   |

16 | HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; ARUBA NETWORKS, LLC, a Delaware limited liability company; and DOES 1-50, inclusive, |

17 |   |

18 |   |

19 | Defendants. |

ORDER

The Court, having considered the Stipulation to Modify the Scheduling Order to Continue Fact Discovery as to the Deposition of Defendant Hewlett Packard Enterprise Company Pursuant to Fed. R. Civ. P. 30(b)(6), and good cause having been shown, HEREBY ORDERS as follows:

The Court will continue the close of fact discovery from August 29, 2025 to October 3, 2025 for the sole purpose of completing the 30(b)(6) deposition of HPE. IT IS SO ORDERED.

Dated: 9/3/2025

Hon. Haywood S. Gillam Jr.
United States District Judge
Northern District of California