UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| EILEEN SANGSTER, | Case No. 23-cv-05438-HSG (LB) |
| Plaintiff, | **DISCOVERY ORDER** |
| v. | Re: ECF No. 50 |
| HEWLETT PACKARD ENTERPRISE COMPANY, et al., | |
| Defendants. | |

The district judge referred the plaintiff's motion to compel to the undersigned. The issue is the schedule of a Rule 30(b)(6) deposition. The motion here was re-filed on September 8, 2025, meaning, the opposition is due on September 22, 2025, and the reply brief is due on September 29, 2025. The motion was noticed for a hearing on November 13, 2025, before the trial judge. The court resets the motion for a hearing that day at 9:30 a.m. in Courtroom B, 450 Golden Gate Avenue, San Francisco, CA.

The issue is that ordinarily, these disagreements are decided via a letter-brief process, as described in the attached standing order. The procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." The

ORDER – No. 23-cv-05438-HSG (LB)

court directs the parties to confer by September 18, 2025, and file a joint letter brief, about their best compromises to the current dispute, short of a fully briefed (and costly) motion. For now, the hearing date and related filing dates remain on calendar.

**IT IS SO ORDERED.**

Dated: September 17, 2025

_____
LAUREL BEELER
United States Magistrate Judge