| | |
|---|---|
| 1 | Neda N. Dal Cielo (State Bar No. 161982) |
| | Michael Y. Hsueh (State Bar No. 286548) |
| 2 | Veena Bhatia (State Bar No. 339939) |
| | JACKSON LEWIS P.C. |
| 3 | 160 W. Santa Clara Street, Suite 400 |
| | San Jose, California 95113 |
| 4 | Telephone: (408) 579-0404 |
| | Facsimile: (408) 454-02901 |
| 5 | Email:  Neda.Dalcielo@jacksonlewis.com |
| | Michael.Hsueh@jacksonlewis.com |
| 6 | Veena.Bhatia@jacksonlewis.com |

Attorneys for Defendants
HEWLETT PACKARD ENTERPRISE COMPANY
and ARUBA NETWORKS, LLC

Deanna S. Leifer (State Bar No. 265840)
Ellie D. Goralnick (State Bar No. 326276)
MATERN LAW GROUP, PC
2101 E. El Segundo Boulevard, Suite 403
El Segundo, California 90245
Tel: (310) 531-1900
Fax: (310) 531-1901
Email: dleifer@maternlawgroup.com
       egoralnick@maternlawgroup.com

Attorney for Plaintiff,
EILEEN SANGSTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN SANGSTER, an individual, | Case No.: 4:23-cv-05438-HSG |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER TO CONTINUE THE DISPOSITIVE MOTION HEARING DEADLINE** |
| v. | |
| HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; ARUBA NETWORKS, LLC, a Delaware limited liability company, and DOES 1-50, inclusive, | |
| Defendants. | Complaint Filed: September 8, 2023<br>Removal Date: October 23, 2023<br>Trial Date: March 23, 2026 |

Case No. 4:23-cv-05438-HSG
ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER TO CONTINUE
THE DISPOSITIVE MOTION HEARING DEADLINE

# ORDER

The Court, having considered the Parties' Joint Stipulation to Modify the Scheduling Order to Continue the Dispositive Motion Hearing Deadline ("Joint Stipulation"), and good cause having been shown, HEREBY ORDERS as follows:

The Court RESETS the following deadlines pursuant to Federal Rule of Civil procedure 16 and Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Dispositive Motion Hearing Deadline | January 22, 2026, at 2:00 p.m. |

Pursuant to the Parties' Joint Stipulation, Defendants shall file any dispositive motion to be heard on January 22, 2026 by December 4, 2025, Plaintiff shall have until January 5, 2026 to file any Opposition, and Defendants shall have until January 12, 2026 to file any Reply.

**IT IS SO ORDERED.**

Dated:   10/31/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge